# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUDY KROSHUS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | 3:08-cv-0246-LDG-RAM |
| ALICIA UHOUSE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>    Defendants. | 3:08-cv-0285-LDG-RAM |
| BILL ADAMSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | 3:08-cv-0621-LDG-RAM |

| | | |
|---|---|---|
| 1 | LARRY J. MOORE, et al., | 3:09-cv-0167-LDG-RAM |
| 2 |     Plaintiffs, | |
| 3 | v. | |
| 4 | UNITED STATES OF AMERICA, | |
| 5 |     Defendants. | |
| 6 | JAMES ADGETT, et al., | 3:09-cv-0649-LDG-RAM |
| 7 |     Plaintiffs, | |
| 8 | v. | |
| 9 | UNITED STATES OF AMERICA, | |
| 10 |     Defendant. | |
| 11 | JUDY KROSHUS, et al., | 3:09-cv-0713-LDG-RAM |
| 12 |     Plaintiffs, | |
| 13 | v. | |
| 14 | UNITED STATES OF AMERICA, et al., | |
| 15 |     Defendants. | |
| 16 | BILL ADAMSON, et al., | 3:09-cv-0715-LDG-RAM |
| 17 |     Plaintiffs, | |
| 18 | v. | |
| 19 | UNITED STATES OF AMERICA, | |
| 20 |     Defendant. | |
| 21 | JASON AMES, et al., | 3:10-cv-0463-LDG-RAM |
| 22 |     Plaintiffs, | |
| 23 | v. | |
| 24 | UNITED STATES OF AMERICA, | |
| 25 |     Defendant. | |
| 26 | | |

1  THE COURT ORDERS that a video conference hearing on Truckee Carson Irrigation
2  District's motion for mediation of all claims shall be conducted on September **15**, 2010, at
3  **1:00 PM**. The parties in the captioned cases shall be present in Reno, Nevada, in a Courtroom to
4  be designated later by minute order, and Judge Lloyd D. George shall preside from Las Vegas,
5  Nevada.
6  THE COURT DIRECTS that during the video conference hearing, the parties shall have an
7  opportunity to update the court on the status of <u>Kroshus v. United States</u>, 3:08-cv-0246-LDG-
8  RAM, and <u>Uhouse v. United States Department of the Interior</u>, 3:08-cv-0285-LDG-RAM that may
9  affect the order granting class certification and appointing class counsel and the notice of
10  pendency of class action proposed by the plaintiffs on April 9, 2010.

12  DATED this **12TH** day of August, 2010.

         _____
         Lloyd D. George
         United States District Judge