# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY KROSHUS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | 3:08-cv-0246-LDG-RAM<br>(Kroshus I) |
| ALICIA UHOUSE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>    Defendants. | 3:08-cv-0285-LDG-RAM |
| BILL ADAMSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | 3:08-cv-0621-LDG-RAM<br>(Adamson I) |

1

| | | |
|---|---|---|
| 1 | LARRY J. MOORE, et al., | 3:09-cv-0167-LDG-RAM |
| 2 | Plaintiffs, | |
| 3 | v. | |
| 4 | UNITED STATES OF AMERICA, | |
| 5 | Defendants. | |
| 6 | | |
| 7 | JAMES ADGETT, et al., | 3:09-cv-0649-LDG-RAM |
| 8 | Plaintiffs, | |
| 9 | v. | |
| 10 | UNITED STATES OF AMERICA, | |
| 11 | Defendant. | |
| 12 | JUDY KROSHUS, et al., | 3:09-cv-0713-LDG-RAM (Kroshus II) |
| 13 | Plaintiffs, | |
| 14 | v. | |
| 15 | UNITED STATES OF AMERICA, et al., | |
| 16 | Defendants. | |
| 17 | BILL ADAMSON, et al., | 3:09-cv-0715-LDG-RAM (Adamson II) |
| 18 | Plaintiffs, | |
| 19 | v. | |
| 20 | UNITED STATES OF AMERICA, | |
| 21 | Defendant. | |
| 22 | JASON AMES, et al., | 3:10-cv-0463-LDG-RAM |
| 23 | Plaintiffs, | |
| 24 | v. | |
| 25 | UNITED STATES OF AMERICA, | |
| 26 | Defendant. | |

In the interests of streamlining the pending dispositive motions related to the multiple cases, parties and issues, the court, over the next several months, will schedule hearings to be conducted by video conference between Las Vegas and Reno in the following general categories: the FTCA class action motions; the FTCA jurisdictional and related FTCA non-Flood Control Act motions; the Flood Control Act Immunity motions; the federal non-FTCA jurisdictional and related motions; and the remaining non-federal dispositive and immunity motions (to be further subdivided at a future date). Accordingly,

The court hereby ORDERS that a video conference hearing presided over by this court in Las Vegas from Courtroom 6B at the Lloyd D. George United States Courthouse to Courtroom 6 in Reno at the Bruce R. Thompson United States Courthouse and Federal Building shall be conducted on Thursday, March 24, 2011, at 2:00 p.m. to hear arguments on the following motions:

Adamson, et al. v. United States (Adamson I), 3:08-cv-621-LDG-RAM

    United States' motion to strike class allegations (#26) (denied without prejudice to subsequent reinstatement)

Moore, et al. v. United States, 3:09-cv-167-LDG-RAM

    United States' motion to strike class action allegations (#10) (denied without prejudice to reconsideration in ruling on the motion for class certification)

    Plaintiffs' motion for class certification (#68)

Adamson, et al. v. United States (Adamson II), 3:09-cv-715-LDG-RAM

    United States' motion to strike class action allegations (#22) (denied for case management purposes without prejudice to reinstatement)

DATED this _16_ day of March, 2011.

Lloyd D. George
United States District Judge