**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUDY KROSHUS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | 3:08-cv-0246-LDG-RAM<br>(Kroshus I) |
| ALICIA UHOUSE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>    Defendants. | 3:08-cv-0285-LDG-RAM |
| BILL ADAMSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | 3:08-cv-0621-LDG-RAM<br>(Adamson I) |

1

| | |
|---|---|
| LARRY J. MOORE, et al., <br>     Plaintiffs, <br> v. <br> UNITED STATES OF AMERICA, <br>     Defendants. | 3:09-cv-0167-LDG-RAM |
| JAMES ADGETT, et al., <br>     Plaintiffs, <br> v. <br> UNITED STATES OF AMERICA, <br>     Defendant. | 3:09-cv-0649-LDG-RAM |
| JUDY KROSHUS, et al., <br>     Plaintiffs, <br> v. <br> UNITED STATES OF AMERICA, et al., <br>     Defendants. | 3:09-cv-0713-LDG-RAM <br> (Kroshus II) |
| BILL ADAMSON, et al., <br>     Plaintiffs, <br> v. <br> UNITED STATES OF AMERICA, <br>     Defendant. | 3:09-cv-0715-LDG-RAM <br> (Adamson II) |
| JASON AMES, et al., <br>     Plaintiffs, <br> v. <br> UNITED STATES OF AMERICA, <br>     Defendant. | 3:10-cv-0463-LDG-RAM |

The following motions will be heard by the court on Monday, June 13, 2011, in Reno, Nevada, at 9:00 am in a courtroom to be determined and posted at a later date; and continued, if necessary, to Tuesday, June 14, 2011, at 9:00 am.

Adamson v. United States (Adamson I), 3:08-cv-621-LDG-RAM

 United States' motion to dismiss (#25) (denied without prejudice to reconsideration of issues on summary judgment) (reinstated for purposes of this hearing)

 United States' motion for summary judgment regarding Flood Control Act immunity (#127)

Moore v. United States, 3:09-cv-167-LDG-RAM

 United States' motion to dismiss (#9) (denied without prejudice to reconsideration of issues on summary judgment) (reinstated for purposes of this hearing)

 United States' motion for summary judgment regarding Flood Control Act immunity (#120)

Adgett v. United States, 3:09-cv-649-LDG-RAM

 United States' motion to strike jury demand (#19) (denied without prejudice to reinstatement)

 United States' motion to dismiss duplicative claims (#20) (denied without prejudice to reinstatement)

 United States' motion to dismiss (#21) (denied without prejudice to reinstatement)

 United States' motion for summary judgment regarding Flood Control Act immunity (#74)

Adamson v. United States (Adamson II), 3:09-cv-715-LDG-RAM

 United States' motion to strike jury demand (#20) (denied without prejudice to reinstatement)

 United States' motion to dismiss duplicative claims (#21) (denied without prejudice to reinstatement)

 United States' motion to dismiss (#23) (denied without prejudice to reinstatement)

 United States' motion for summary judgment regarding Flood Control Act immunity (#78)

1. Ames v. United States, 3:10-cv-463-LDG-RAM
2.   United States' motion to dismiss (#15)
3.   United States' motion to strike claims of prejudgement interest and attorneys fees (#17)
4.   Plaintiffs' motion to convert motion to dismiss to motion for summary judgment (#27)
5.   United States' motion for summary judgment regarding Flood Control Act immunity (#33)

DATED this ___18___ day of April, 2011.

_____
Lloyd D. George
United States District Judge