# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA UHOUSE, *et al.*, | Case No. 3:08-cv-0285-LDG-RAM |
| Plaintiffs, | **ORDER SHORTENING TIME FOR HEARING AND LIMITING NOTICE ON EMERGENCY MOTION TO ENFORCE SETTLEMENT AGREEMENT WITH TRUCKEE-CARSON IRRIGATION DISTRICT AND FOR SANCTIONS** |
| vs. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF RECLAMATION, *et al.*, | |
| Defendants. | |
| JUDY KROSHUS, *et al.* | Case No. 3:08-cv-0246-LDG-RAM |
| Plaintiffs, | **ORDER SHORTENING TIME FOR HEARING AND LIMITING NOTICE ON EMERGENCY MOTION TO ENFORCE SETTLEMENT AGREEMENT WITH TRUCKEE-CARSON IRRIGATION DISTRICT AND FOR SANCTIONS** |
| vs. | |
| UNITED STATES OF AMERICA, *et al.* | |
| Defendants. | |

THIS MATTER comes before the Court on an Ex Parte Motion for an order shortening time for hearing and limiting notice on Plaintiffs' *Emergency Motion To Enforce Settlement Agreement With Truckee-Carson Irrigation District And For Sanctions*. The Court has considered the Ex Parte Motion and the statements of counsel in support of the Motion, and the pleadings on file with the Court.

///

///

BASED UPON THE FOREGOING, the Court hereby orders as follows:

1. The Ex Parte Motion is granted.

2. The time for hearing on Plaintiffs' *Emergency Motion To Enforce Settlement Agreement With Truckee-Carson Irrigation District And For Sanctions* is shortened to Wednesday, **May 4, 2011** at **10:00 am** in Reno, Nevada before Magistrate Judge McQuaid. Any responses shall be filed no later than **5:00 pm** on **Monday, May 2, 2011**, and any replies shall be filed no later than **5:00 pm** on **Tuesday, May 3, 2011**.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 2, 2011