MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
ZACHARY J. THOMPSON, ESQ.
Nevada Bar No. 011001
OLSON, CANNON, GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 office
(702) 383-0701 fax
mstoberski@rocgd.com

Attorneys for Defendants RE/MAX REALTY
and JUDY ASHTON

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| JUDY KROSHUS, PATRICIA REINSMA, BERT REINSMA, DENNIS MORELLI, MARCIA MORELLI, W.R. WARN, ROLAINE WARN, RICHARD MEPPEN, DOUGLAS DAVIS, RAMONA DAVIS, JAMES CRUTCHER, BRANDY CRUTCHER, WESLEY McKNIGHT, KATHY McKNIGHT, DAVID STEPHAN, LINDA STEPHAN, PATRICK DOYLE, LORI DOYLE, TOM W. COOK II, KATHLEEN M. COOK, WILLIAM K. DAVIS, DIANE R. DAVIS, MICHAEL JONES, KILITA JONES, MANFRED JURGEIT, JEANIE JURGEIT, ESTHER LEVINE, CRISTINA PEREZ, H. LANE ROSE II, DEBORAH SUE ROSE, MICHAEL TEETER, BRUCE E. NAGEL, JEANNETTE M. NAGEL, WILLIAM ADAMSON, SHARON ADAMSON, DARYL R. GROVER, JR., BARBARA SPECCHIO, JOSEPH SPECCHIO, WESLEY STALIONS, MISTY STALIONS, RUSSELL LANCE PUCKETT, JEREMY GOTTLIEB, AMANDA BAILIE, THOMAS W. BAILIE, JR., MELISSA NEFF, JOSEPH NEFF, DAVID M. TRIPP, VIRGINIA TRIPP, EVERETT A. CIRIO, JOHN E. DOHM, DONNA L. DOHM, ADRIAN NORIEGA, MARY NORIEGA, MELANIE McADAM, HILLARY McADAM, ROBERT McADAM, STEVIE STAUBS, RANDALL STAUBS, RHONDA SHIELDS, DAVID SHIELDS, TRAVIS PATTERSON, JENNIFER PATTERSON, DAVID C. MARSHALL, STEVE BRONAUGH, JENNIFER BRONAUGH, JIMMIE REED, TERESA REED, MICHAEL A. HUMPHREY, PAMELA MARY DOERR, DEREK TAYLOR, JENNIFER TAYLOR, ANGELA DANIEL, WILLIAM T. DANIEL, JOHN LINDENMEIER, LEO LINDENMEIER, NANCY | CASE NO. 3:08-cv-00246<br><br>ORDER GRANTING DEFENDANTS RE/MAX REALTY PROFESSIONALS AND JUDY ASHTON'S MOTION FOR GOOD FAITH DETERMINATION |

| | |
|---|---|
| LINDENMEIER, EDWARD J. STEVENS, CONNIE J. STEVENS, ROSEMARY HIGGINS, JANET CHAPMAN, SCOTT CHAPMAN, JUSTIN KNOX, CHERIE KNOX, DAN LAWSON, LORRAINE LAWSON, BRANDON KNAPP, TRACY KNAPP, LESLIE LEVERETT, CHARLES TANG CHAL YANG PRESNELL, LEROY MARX, JASON E. MARICH, GARY R. MEIKLE, CARMEN MEIKLE, KRISTOPHER BROWN, ANNETTE BROWN, JOHN CAULK, MARTINIQUE CAULK, KIM JAMES, DEBORAH SUE ROSE, JENNIFER VAUGHAN, WARREN GRAY, BARBARA GRAY, JULIE LANE, and BARBARA WILSON, on behalf of themselves and all other persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, DEPARTMENT OF THE INTERIOR through its BUREAU OF RECLAMATION, MID-PACIFIC REGION, CARSON CITY OFFICE, DIRK KEMPTHORNE, Secretary of the Interior, ELIZABETH RIEKE, Director of the Carson City Office of the Bureau of Reclamation, TRUCKEE-CARSON IRRIGATION DISTRICT, DAVID P. OVERVOLD, GARY STONE, TRUCKEE RIVER FEDERAL WATER MASTER, CITY OF FERNLEY, COUNTY OF LYON, CHRH, LTD., GARY HUTCHINGS, RICHARD HUTCHINGS, C.A.L. INVESTMENT PROPERTIES, KING CONSTRUCTION, CAL EILRICH, DINAH EILRICH, GREATER NEVADA BUILDERS, STEVEN F. CAMPOY, ALTMAN-OTT HOMES, KEYSTONE REALTY, REMAX REALTY, JUDY ASHTON, DAN ANDERSON, LL REALTY, COLDWELL BANKER, DOES I-X, inclusive, and BLACK and WHITE COMPANIES I-X, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Defendants Realty Professionals, Inc. doing business as RE/MAX Realty Professionals ("RE/MAX Realty Professionals") and Judy Ashton's ("Ashton") (collectively "RE/MAX Realty Professionals Defendants") Motion for Good Faith Determination having come on for hearing on the 29th day of July, 2011, Zachary J. Thompson, Esq. of the law firm OLSON, CANNON, GORMLEY & DESRUISSEAUX appearing on behalf of the RE/MAX Realty Professionals

Defendants, and Robert Maddox of the law firm of MADDOX & ASSOCIATES, Calvin R.X. Dunlap, of the firm of DUNLAP & LAXALT, Eugene Leverty, LEVERTY & ASSOCIATES, Robert Hager of the firm HAGER & HEARNE, and Lee Hotchkins, Esq. appearing on behalf of the Plaintiff class, and the Court having considered the papers and pleadings on file herein, and having heard oral argument,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Court has considered the factors discussed in *Velsicol Chemical Corp. v. Davidson*, 107 Nev. 356, 811 P.2d 561 (1991).

2. The Court has considered the factors discussed in *The Doctors Co. v. Vincent*, 120 Nev. 644, 652, 98 P.3d 681, 687 (2004).

3. The Court has considered the factors discussed in *MGM Grand Hotel Fire*, 570 F.Supp. 913 (D.Nev. 1983).

4. The Court has considered the settlement amount of $12,000 between Plaintiffs and the RE/MAX Realty Professionals Defendants, which is to be paid from insurance funds. The Court finds that the settlement amount is reasonable and sufficient.

5. The Court has considered the damages claimed by Plaintiffs, and it has considered the risks of proceeding on both sides. The Court finds that there is a strong potential that RE/MAX Realty Professionals and Ashton would be able to prevail against the Plaintiffs' claims pursuant to NRS Chapter 645.

6. The Court has considered whether there was collusion or fraud relating to the settlement. The Court finds that there was no collusion or fraud relating to the settlement between Plaintiffs and RE/MAX Realty Professionals. The settlement amount was arrived at through arms length negotiations.

7. The Court has considered the financial condition of the settling defendants and the insurance coverage of the settling defendants. RE/MAX Realty Professionals is a defunct Nevada corporation. The entity is insured, and the insurance is sufficient to cover the settlement. The Court finds the settlement amount reasonable and sufficient in light of the insurance coverage.

8. The Court has considered the strength and weaknesses of potential contribution and indemnity claims. The Court holds that the RE/MAX Realty Professionals Defendants would be able to show that they did not have active fault. The Court finds that potential claims for contribution and equitable indemnity do not weigh in favor of denying good faith.

9. The settlement agreement between Plaintiffs and the RE/MAX Realty Professionals Defendants satisfies the factors set forth in *Velsicol Chemical Corp. v. Davidson*, 107 Nev. 356, 811 P.2d 561 (1991), *The Doctors Co. v. Vincent*, 120 Nev. 644, 652, 98 P.3d 681, 687 (2004), and *MGM Grand Hotel Fire*, 570 F.Supp. 913 (D.Nev. 1983).

10. The settlement agreement between Plaintiffs and the RE/MAX Realty Professionals Defendants was entered into in good faith.

11. No opposition, written or oral, was received to RE/MAX Realty Professionals Defendants' Motion for Good Faith Determination.

12. The RE/MAX Realty Professionals Defendants' Motion for Good Faith Determination is hereby granted in its entirety.

13. All claims, whether known or unknown, against RE/MAX Realty Professionals Defendants for contribution and/or equitable indemnity are hereby extinguished pursuant to NRS 17.245.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. RE/MAX Realty Professionals and Judy Ashton's Motion for Good Faith Determination is hereby granted, each party to bear their own attorneys' fees and costs;

2. All claims, whether known or unknown, against RE/MAX Realty Professionals and Judy Ashton for contribution and/or equitable indemnity are hereby extinguished.

DATED this _15th_ day of November, 2011.

[signature]

UNITED STATES MAGISTRATE JUDGE

. . .
. . .
. . .

SUBMITTED BY:

OLSON, CANNON, GORMLEY &
DESRUISSEAUX


By _____
MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
ZACHARY J. THOMPSON, ESQ.
Nevada Bar No. 011001
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendants RE/MAX REALTY
and JUDY ASHTON