1  MICHAEL E. STOBERSKI, ESQ.
   Nevada Bar No. 004762
2  ZACHARY J. THOMPSON, ESQ.
   Nevada Bar No. 011001
3  OLSON, CANNON, GORMLEY & DESRUISSEAUX
   9950 West Cheyenne Avenue
4  Las Vegas, Nevada 89129
   (702) 384-4012 office
5  (702) 383-0701 fax
   mstoberski@rocgd.com
6
   Attorneys for Defendants RE/MAX REALTY
7  and JUDY ASHTON



8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10                            * * * *

11  JUDY KROSHUS, PATRICIA REINSMA, BERT      ) CASE NO. 3:08-cv-00246
    REINSMA, DENNIS MORELLI, MARCIA           )
12  MORELLI, W.R. WARN, ROLAINE WARN,         )
    RICHARD MEPPEN, DOUGLAS DAVIS,            )
13  RAMONA DAVIS, JAMES CRUTCHER,             )
    BRANDY CRUTCHER, WESLEY McKNIGHT,         )
14  KATHY McKNIGHT, DAVID STEPHAN, LINDA      )
    STEPHAN, PATRICK DOYLE, LORI DOYLE,       )
15  TOM W. COOK II, KATHLEEN M. COOK,         )
    WILLIAM K. DAVIS, DIANE R. DAVIS,         ) ORDER GRANTING
16  MICHAEL JONES, KILITA JONES, MANFRED      ) DEFENDANTS RE/MAX
    JURGEIT, JEANIE JURGEIT, ESTHER LEVINE,   ) REALTY PROFESSIONALS
17  CRISTINA PEREZ, H. LANE ROSE II, DEBORAH  ) AND JUDY ASHTON'S MOTION
    SUE ROSE, MICHAEL TEETER, BRUCE E.        ) FOR GOOD FAITH
18  NAGEL, JEANNETTE M. NAGEL, WILLIAM        ) DETERMINATION
    ADAMSON, SHARON ADAMSON, DARYL R.         )
19  GROVER, JR., BARBARA SPECCHIO, JOSEPH     )
    SPECCHIO, WESLEY STALIONS, MISTY          )
20  STALIONS, RUSSELL LANCE PUCKETT,          )
    JEREMY GOTTLIEB, AMANDA BAILIE,           )
21  THOMAS W. BAILIE, JR., MELISSA NEFF,      )
    JOSEPH NEFF, DAVID M. TRIPP, VIRGINIA     )
22  TRIPP, EVERETT A. CIRIO, JOHN E. DOHM,    )
    DONNA L. DOHM, ADRIAN NORIEGA, MARY       )
23  NORIEGA, MELANIE McADAM, HILLARY          )
    McADAM, ROBERT McADAM, STEVIE             )
24  STAUBS, RANDALL STAUBS, RHONDA            )
    SHIELDS, DAVID SHIELDS, TRAVIS            )
25  PATTERSON, JENNIFER PATTERSON, DAVID      )
    C. MARSHALL, STEVE BRONAUGH, JENNIFER     )
26  BRONAUGH, JIMMIE REED, TERESA REED,       )
    MICHAEL A. HUMPHREY, PAMELA MARY          )
27  DOERR, DEREK TAYLOR, JENNIFER TAYLOR,     )
    ANGELA DANIEL, WILLIAM T. DANIEL, JOHN    )
28  LINDENMEIER, LEO LINDENMEIER, NANCY       )

LINDENMEIER, EDWARD J. STEVENS,
CONNIE J. STEVENS, ROSEMARY HIGGINS,
JANET CHAPMAN, SCOTT CHAPMAN, JUSTIN
KNOX, CHERIE KNOX, DAN LAWSON,
LORRAINE LAWSON, BRANDON KNAPP,
TRACY KNAPP, LESLIE LEVERETT, CHARLES
TANG CHAL YANG PRESNELL, LEROY MARX,
JASON E. MARICH, GARY R. MEIKLE,
CARMEN MEIKLE, KRISTOPHER BROWN,
ANNETTE BROWN, JOHN CAULK,
MARTINIQUE CAULK, KIM JAMES, DEBORAH
SUE ROSE, JENNIFER VAUGHAN, WARREN
GRAY, BARBARA GRAY, JULIE LANE, and
BARBARA WILSON, on behalf of themselves and
all other persons similarly situated,

Plaintiffs,

v.

UNITED STATES OF AMERICA, DEPARTMENT
OF THE INTERIOR through its BUREAU OF
RECLAMATION, MID-PACIFIC REGION,
CARSON CITY OFFICE, DIRK KEMPTHORNE,
Secretary of the Interior, ELIZABETH RIEKE,
Director of the Carson City Office of the Bureau of
Reclamation, TRUCKEE-CARSON IRRIGATION
DISTRICT, DAVID P. OVERVOLD, GARY
STONE, TRUCKEE RIVER FEDERAL WATER
MASTER, CITY OF FERNLEY, COUNTY OF
LYON, CHRH, LTD., GARY HUTCHINGS,
RICHARD HUTCHINGS, C.A.L. INVESTMENT
PROPERTIES, KING CONSTRUCTION, CAL
EILRICH, DINAH EILRICH, GREATER NEVADA
BUILDERS, STEVEN F. CAMPOY, ALTMAN-
OTT HOMES, KEYSTONE REALTY, REMAX
REALTY, JUDY ASHTON, DAN ANDERSON, LL
REALTY, COLDWELL BANKER, DOES I-X,
inclusive, and BLACK and WHITE COMPANIES I-
X,

Defendants.

Defendants Realty Professionals, Inc. doing business as RE/MAX Realty Professionals ("RE/MAX Realty Professionals") and Judy Ashton's ("Ashton") (collectively "RE/MAX Realty Professionals Defendants") Motion for Good Faith Determination having come on for hearing on the 29th day of July, 2011, Zachary J. Thompson, Esq. of the law firm OLSON, CANNON, GORMLEY & DESRUISSEAUX appearing on behalf of the RE/MAX Realty Professionals

Defendants, and Robert Maddox of the law firm of MADDOX & ASSOCIATES, Calvin R.X. Dunlap, of the firm of DUNLAP & LAXALT, Eugene Leverty, LEVERTY & ASSOCIATES, Robert Hager of the firm HAGER & HEARNE, and Lee Hotchkins, Esq. appearing on behalf of the Plaintiff class, and the Court having considered the papers and pleadings on file herein, and having heard oral argument,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.    The Court has considered the factors discussed in *Velsicol Chemical Corp. v. Davidson*, 107 Nev. 356, 811 P.2d 561 (1991).

2.    The Court has considered the factors discussed in *The Doctors Co. v. Vincent*, 120 Nev. 644, 652, 98 P.3d 681, 687 (2004).

3.    The Court has considered the factors discussed in *MGM Grand Hotel Fire*, 570 F.Supp. 913 (D.Nev. 1983).

4.    The Court has considered the settlement amount of $12,000 between Plaintiffs and the RE/MAX Realty Professionals Defendants, which is to be paid from insurance funds. The Court finds that the settlement amount is reasonable and sufficient.

5.    The Court has considered the damages claimed by Plaintiffs, and it has considered the risks of proceeding on both sides. The Court finds that there is a strong potential that RE/MAX Realty Professionals and Ashton would be able to prevail against the Plaintiffs' claims pursuant to NRS Chapter 645.

6.    The Court has considered whether there was collusion or fraud relating to the settlement. The Court finds that there was no collusion or fraud relating to the settlement between Plaintiffs and RE/MAX Realty Professionals. The settlement amount was arrived at through arms length negotiations.

7.    The Court has considered the financial condition of the settling defendants and the insurance coverage of the settling defendants. RE/MAX Realty Professionals is a defunct Nevada corporation. The entity is insured, and the insurance is sufficient to cover the settlement. The Court finds the settlement amount reasonable and sufficient in light of the insurance coverage.

8.     The Court has considered the strength and weaknesses of potential contribution and indemnity claims.   The Court holds that the RE/MAX Realty Professionals Defendants would be able to show that they did not have active fault.   The Court finds that potential claims for contribution and equitable indemnity do not weigh in favor of denying good faith.

9.     The settlement agreement between Plaintiffs and the RE/MAX Realty Professionals Defendants satisfies the factors set forth in *Velsicol Chemical Corp. v. Davidson*, 107 Nev. 356, 811 P.2d 561 (1991), *The Doctors Co. v. Vincent*, 120 Nev. 644, 652, 98 P.3d 681, 687 (2004), and *MGM Grand Hotel Fire*, 570 F.Supp. 913 (D.Nev. 1983).

10.     The settlement agreement between Plaintiffs and the RE/MAX Realty Professionals Defendants was entered into in good faith.

11.     No opposition, written or oral, was received to RE/MAX Realty Professionals Defendants' Motion for Good Faith Determination.

12.     The RE/MAX Realty Professionals Defendants' Motion for Good Faith Determination is hereby granted in its entirety.

13.     All claims, whether known or unknown, against RE/MAX Realty Professionals Defendants for contribution and/or equitable indemnity are hereby extinguished pursuant to NRS 17.245.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.     RE/MAX Realty Professionals and Judy Ashton's Motion for Good Faith Determination is hereby granted, each party to bear their own attorneys' fees and costs;

2.     All claims, whether known or unknown, against RE/MAX Realty Professionals and Judy Ashton for contribution and/or equitable indemnity are hereby extinguished.

DATED this _ 15th _ day of November,   2011.

UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

OLSON, CANNON, GORMLEY &
DESRUISSEAUX


By_____
    MICHAEL E. STOBERSKI, ESQ.
    Nevada Bar No. 004762
    ZACHARY J. THOMPSON, ESQ.
    Nevada Bar No. 011001
    9950 West Cheyenne Avenue
    Las Vegas, Nevada 89129
    Attorneys for Defendants RE/MAX REALTY
    and JUDY ASHTON