1

Lee T. Hotchkin, Esq.
Nevada State Bar No. 967

2

100 W. Liberty St., Suite 820
Reno, NV   89501

3

Tel: (775) 786-5791
Fax: (775) 786-8524

4

Attorney for Plaintiffs

5

6

7



8

UNITED STATES DISTRICT COURT

9

DISTRICT OF NEVADA

10

11

JUDY KROSHUS, et al.,

Case No. 3:08-cv-00246-LDG-RAM

12

Plaintiffs,

Case No. 3:09-cv-00713-LDG-RAM

13

vs.

14

UNITED STATES OF AMERICA,
DEPARTMENT OF THE INTERIOR,

[PROPOSED]
ORDER APPROVING

15

et al.,

COMPROMISE OF MINOR'S CLAIM -
ANGELICA BEAN

16

Defendants.

17

18

The Petition for approval to compromise the claim of Angelica Bean (DOB:

19

6/8/2003) (hereinafter "MINOR"), the unemancipated minor child and real party in interest

20

in the above-entitled class action, having come before the Court, the Court having

21

considered all papers on file herein, finding itself fully advised, and good cause appearing

22

therefor,

23

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

24

1.      The compromise and settlement of the claim of MINOR against Defendants,

25

Ernest C. Schank, Richard Harriman, Ray Peterson, Lester Debraga, Larry Miller, David

26

Stix, Jr., and Don Travis (hereinafter "TCID Board of Directors"), the City of Fernley and

27

the County of Lyon, is approved as set forth in said Petition, and specifically:

28

2.      The Court directs the amount of the compromise, $3,676.32, to be paid to

LEE T. HOTCHKIN
ATTORNEY AT LAW
100 W. LIBERTY ST.
SUITE 820
RENO, NEVADA 89501
(775) 786-5791

1 Timothy Bean (hereinafter "PETITIONER").   Upon receiving the proceeds of the

2 compromise, PETITIONER shall cause to be established a blocked account in MINOR's

3 name.  The proceeds of the compromise and any accrued interest shall be paid to MINOR

4 or his/her estate on or immediately after the eighteenth (18th) anniversary of MINOR's birth.

5 The Court waives the requirement of the filing of any bond.

6      3.     Within thirty (30) days after receiving the proceeds of the compromise,

7 PETITIONER shall file with the court proof that the blocked financial investment has been

8 established.

9      4.     Prior to the eighteenth (18th) anniversary of MINOR's birth, the blocked

10 account to be established herein shall be held for the benefit of MINOR or her/his estate

11 in an interest bearing blocked trust account, and said money cannot be withdrawn or

12 accessed.

13      5.     The compromise in this matter is in the best interests of MINOR, and MINOR

14 shall henceforth be barred from seeking further relief from the TCID Board of Directors, the

15 City of Fernley and the County of Lyon for the claims in this matter.

16      DATED this _15th_ day of December, 2011.

17

18                      UNITED STATES ~~DISTRICT~~ JUDGE

19                              Magistrate

20

21

22

23

24

25

26

27

28

LEE T. HOTCHKIN
ATTORNEY AT LAW
100 W. LIBERTY ST.
SUITE 820
RENO, NEVADA 89501
(775) 786-5791