Lee T. Hotchkin, Esq.
Nevada State Bar No. 967
100 W. Liberty St., Suite 820
Reno, NV 89501
Tel: (775) 786-5791
Fax: (775) 786-8524

Attorney for Plaintiffs



```
____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
           COUNSEL/PARTIES OF RECORD

         DEC 15 2011

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUDY KROSHUS, et al., | Case No. 3:08-cv-00246-LDG-RAM |
| Plaintiffs, | Case No. 3:09-cv-00713-LDG-RAM |
| vs. | |
| UNITED STATES OF AMERICA, DEPARTMENT OF THE INTERIOR, et al., | [PROPOSED] ORDER APPROVING COMPROMISE OF MINOR'S CLAIM - JOHN HIRES-CAULK |
| Defendants. | |

The Petition for approval to compromise the claim of John Hires-Caulk (DOB: 11/20/1997) (hereinafter "MINOR"), the unemancipated minor child and real party in interest in the above-entitled class action, having come before the Court, the Court having considered all papers on file herein, finding itself fully advised, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The compromise and settlement of the claim of MINOR against Defendants, Ernest C. Schank, Richard Harriman, Ray Peterson, Lester Debraga, Larry Miller, David Stix, Jr., and Don Travis (hereinafter "TCID Board of Directors"), the City of Fernley and the County of Lyon, is approved as set forth in said Petition, and specifically:

2. The Court directs the amount of the compromise, $3,442.23, to be paid to

LEE T. HOTCHKIN
ATTORNEY AT LAW
100 W. LIBERTY ST.
SUITE 820
RENO, NEVADA 89501
(775) 786-5791

1  Martinique Caulk (hereinafter "PETITIONER"). Upon receiving the proceeds of the
2  compromise, PETITIONER shall cause to be established a blocked account in MINOR's
3  name. The proceeds of the compromise and any accrued interest shall be paid to MINOR
4  or his/her estate on or immediately after the eighteenth (18th) anniversary of MINOR's birth.
5  The Court waives the requirement of the filing of any bond.

6     3.   Within thirty (30) days after receiving the proceeds of the compromise,
7  PETITIONER shall file with the court proof that the blocked financial investment has been
8  established.

9     4.   Prior to the eighteenth (18th) anniversary of MINOR's birth, the blocked
10 account to be established herein shall be held for the benefit of MINOR or her/his estate
11 in an interest bearing blocked trust account, and said money cannot be withdrawn or
12 accessed.

13    5.   The compromise in this matter is in the best interests of MINOR, and MINOR
14 shall henceforth be barred from seeking further relief from the TCID Board of Directors, the
15 City of Fernley and the County of Lyon for the claims in this matter.

16 DATED this 15 day of December, 2011.

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

LEE T. HOTCHKIN
ATTORNEY AT LAW
100 W. LIBERTY ST.
SUITE 820
RENO, NEVADA 89501
(775) 786-5791

- 2 -