| | |
|---|---|
| 1 | JOHN T. WENDLAND, ESQ. |
| | (Nevada Bar No. 007207) |
| 2 | JEREMY R. KILBER, ESQ. |
| | (Nevada Bar No. 010643) |
| 3 | WEIL & DRAGE, APC |
| 4 | 2500 Anthem Village Drive |
| | Henderson, NV 89052 |
| 5 | (702) 314-1905 • Fax (702) 314-1909 |
| | jwendland@weildrage.com; jkilber@weildrage.com |
| 6 | Attorneys for Defendants, |
| 7 | TRC ENGINEERS, INC. f/k/a VPOINT ENGINEEERING, |
| | MARTIN UGALDE, ROBERT BIDART AND MICHAEL BIDART |

```
FILED          RECEIVED
ENTERED        SERVED ON
               COUNSEL/PARTIES OF RECORD

        JAN 29 2014

    CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY:                        DEPUTY
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDY KROSHUS; et al., | 3:08-cv-00246-HDM-RAM |
| Plaintiffs, | |
| vs. | **ORDER TO DISMISS PLAINTIFFS' COMPLAINT AND ALL CLAIMS AGAINST TRC ENGINEERS, INC. f/k/a VPOINT ENGINEERING, MARTIN UGALDE, ROBERT BIDART AND MICHAEL BIDART WITH PREJUDICE** |
| UNITED STATES OF AMERICA, et. al., | |
| Defendants. | |
| | |
| JUDY KROSHUS; et al., | 3:09-cv-00713-LDG-RAM |
| Plaintiffs, | |
| vs. | **ORDER TO DISMISS PLINTIFFS' COMPLAINT AND ALL CLAIMS AGAINST TRC ENGINEERS, INC. f/k/a VPOINT ENGINEERING, MARTIN UGALDE, ROBERT BIDART AND MICHAEL BIDART WITH PREJUDICE** |
| UNITED STATES OF AMERICA, et. al., | |
| Defendants. | |
| | |
| ALICIA UHOUSE, et. al., | |
| Plaintiffs, | |
| vs. | |

{00525301;1}

| | | |
|---|---|---|
| UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 3:08-cv-00285-LDG-RAM<br><br>**ORDER TO DISMISS PLAINTIFFS' COMPLAINT AND ALL CLAIMS AGAINST TRC ENGINEERS, INC. f/k/a VPOINT ENGINEERING, MARTIN UGALDE, ROBERT BIDART AND MICHAEL BIDART WITH PREJUDICE** |

Pursuant to the Stipulation to Dismiss the Complaint and all claims against Defendants TRC Engineers, Inc. f/k/a VPoint Engineering, Martin Ugalde, Robert Bidart and Michael Bidart (collectively referred to hereinafter as the "TRC Defendants"), filed by the attorneys for the TRC Defendants on March 19, 2013 (#397) with approval and execution by the attorneys for the Plaintiffs in the above entitled actions, and for good cause appearing.

**IT IS HEREBY ORDERED** that the Complaint, all claims, causes of action and issues against the TRC Defendants only in the above-entitled actions are hereby dismissed *with prejudice*.

**IT IS HEREBY ORDERED** that this Order for Dismissal only applies to the TRC Defendants and the Complaint, claims, causes of action and issues against all other parties remain unchanged.

**IT IS FURTHER ORDERED** that each party shall bear their own fees and costs and the TRC Defendants shall be removed from the case caption as parties to these actions.

Dated this 23 day of January, 2014.

_____
DISTRICT COURT JUDGE

{00525301;1}