UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUDY KROSHUS, et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　Defendants. | 3:08-cv-0246-LDG<br><br>**ORDER** |

A settlement in this case has been approved by the court and the case closed. Therefore, as a housekeeping matter,

THE COURT HEREBY ORDERS that the stipulation and order for approval of settlement of class action still appearing on the docket is hereby DENIED as moot.

Dated this 29 day of September, 2016.

_____
Lloyd D. George
United States District Judge